IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEITH JAMES                                                                                          PLAINTIFF

V.                                            3:13CV00135 JM

THE CITY OF MARION, ARKANSAS
AND WOODY WHEELESS, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY AS
CHIEF OF THE FIRE DEPARTMENT FOR
THE CITY OF MARION, ARKANSAS                                            DEFENDANTS

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case. The trial scheduled for November 20, 2015 is cancelled.

Dated this 2nd day of November, 2015.

_____
James M. Moody Jr
United States District Judge